**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7087**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

PERRY COUSINS, a/k/a Pzo,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:10-cr-00047-RBS-TEM-1)

Submitted:  March 19, 2021             Decided:  September 10, 2021

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Perry Cousins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perry Cousins appeals the district court's order denying his motion seeking reconsideration of its prior order granting in part and denying in part his motion for reduction of sentence under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. We have reviewed the record and find no reversible error. Accordingly, we grant Cousins' motions to amend or correct informal brief and to amend and clarify the record pertaining to the informal brief, treat those motions as supplemental informal briefs, deny Cousins' motion to appoint counsel, and affirm for the reasons stated by the district court. *United States v. Cousins*, No. 4:10-cr-00047-RBS-TEM-1 (E.D. Va. July 10, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*